IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SOLOMON LEWIS, | : | Civil No. 3:21-cv-8 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 4th day of January, 2022, upon consideration of Defendant's motion (Doc. 16) for summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 16) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge